UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:     Jerome L Brown

Debtor(s)

Case No. 11 B 44469

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2011.

2) The plan was confirmed on 03/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/19/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2013.

5) The case was Dismissed on 10/16/2013.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,208.60 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $6,208.60

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $274.06 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $274.06

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACC Consumer Finance | Unsecured | 17,614.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | NA | 273.37 | 273.37 | 0.00 | 0.00 |
| AFNI | Unsecured | NA | 300.77 | 300.77 | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Alternative Rev | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| American Finance | Unsecured | 1,350.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 375.00 | 371.83 | 371.83 | 0.00 | 0.00 |
| Aurora Chicago Lakeshore Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| Capio Partners | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City of Berwyn | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,000.00 | 1,743.66 | 1,743.66 | 0.00 | 0.00 |
| Claudia Alvarez | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Svcs | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Svcs | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 850.00 | 713.69 | 713.69 | 0.00 | 0.00 |
| CRB Service | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| CRB Service | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Dynamic Recovery Services | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Figis Inc | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| First National Credit Card | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| First Source Healthcare | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Focus Receivables Management LLC | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| Geraci Law L.L.C. | Secured | NA | 3,500.00 | 3,500.00 | 3,257.86 | 0.00 |
| Get Cash USA | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 629.00 | 6,183.74 | 6,183.74 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 152.01 | 152.01 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 881.67 | 881.67 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 14,767.00 | 14,767.86 | 14,767.86 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Meta Bank | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 710.00 | 713.64 | 713.64 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 224.00 | 161.12 | 161.12 | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 302.00 | 325.56 | 325.56 | 0.00 | 0.00 |
| North Star Capital Acquisitions | Unsecured | NA | 745.65 | 745.65 | 0.00 | 0.00 |
| Northshore Hospital Billing | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Pawel Dudek MD | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| QC Financial Services | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,200.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 75.00 | 75.00 | 0.00 | 0.00 |
| Riverside Psychiatric | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | NA | 899.79 | 899.79 | 0.00 | 0.00 |
| St Francis Hospital - Evanston | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collection | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Universal Acceptance | Unsecured | NA | 255.47 | 255.47 | 0.00 | 0.00 |
| Universal Acceptance | Secured | 7,560.25 | 7,815.72 | 7,560.25 | 2,217.48 | 459.20 |
| Walinski & Associates PC | Unsecured | 7,027.00 | 17,943.99 | 17,943.99 | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $11,060.25 | $5,475.34 | $459.20 |
| **TOTAL SECURED:** | **$11,060.25** | **$5,475.34** | **$459.20** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,183.74 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$6,183.74** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$40,400.08** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $274.06 |
| Disbursements to Creditors | $5,934.54 |
| **TOTAL DISBURSEMENTS** : | **$6,208.60** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2014     By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**